Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AARON KWON HAUG,<br><br>Defendant. | NO. MJ21-265<br><br>COMPLAINT FOR VIOLATION<br><br>Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Possession of a Controlled Substance with Intent to Distribute)

On or about May 5, 2021, in Tukwila, within the Western District of Washington, Aaron Kwon HAUG knowingly and intentionally did possess, with intent to distribute, fentanyl, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

COMPLAINT/HAUG - 1

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The undersigned complainant, Henry Linehan, Drug Enforcement Agency Task Force Officer, being duly sworn, further deposes and states as follows:

### INTRODUCTION

1. I am a commissioned law enforcement officer of the Tukwila Police Department, assigned to the Drug Enforcement Administration (DEA), Seattle Field Office, as a Task Force Officer (TFO) with the Valley Narcotics Enforcement Team (DEA Group D-22). I have been employed as a Law Enforcement Officer for over 11 years. I have formal training in controlled substances investigations to include marijuana, methamphetamine, heroin, MDMA, oxycodone, cocaine, and fentanyl. My duty assignment includes investigating violations of federal and state-controlled substance laws.

2. My law enforcement experience includes participation in numerous investigations of organizations trafficking in controlled substances and as a result I understand the manner in which drugs are distributed and the various roles played by individuals and groups in the distribution. I have participated in the execution of a multitude of drug search warrants.

3. Throughout the course of my training, and in my 11 years of law enforcement, I have become familiar with the methods of drug trafficking and have interviewed dozens of suspects and others familiar with the drug trade. I am familiar with the appearance, prices, and transport methods of illegal controlled substances. I have testified in criminal proceedings in State courts relating to drug possession and trafficking.

4. I am engaged in an investigation of the crime of delivery of fentanyl. I am being assisted by members of both the Tukwila Police Department Anti-Crime Team (TAC) and the DEA Seattle Field Office Group D-22, Valley Narcotics Enforcement Team (VNET).

5. The facts set forth in this complaint are based on my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

6. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

## SUMMARY OF PROBABLE CAUSE

### A. March 11, 2021 Controlled Buy

7. On March 11, 2021, I, Task Force Officer Henry Linehan, acting in an undercover capacity, was introduced to AARON KWON HAUG by a confidential informant (hereinafter, "CI"). The CI, who was assisting law enforcement for favorable treatment on a recent arrest, had identified HAUG as a potential source for drugs. The CI played no other role in this investigation beyond introducing me to HAUG.

8. The introduction took place in the parking lot of Bartell Drugs located at 14277 Tukwila International Blvd, in Tukwila Washington. On that occasion, I met with HAUG inside a silver 2018 Ford Focus and he provided me with pills in exchange for prerecorded Tukwila buy funds.

9. The pills were small, circular, and blue in color. The pills were pressed with "M" on one side and "30" on the other. The pills were not field-tested due to the highly dangerous nature of fentanyl.

10. During my short meeting with HAUG, the subject had introduced himself by the nickname "E" and provided me with his phone number. HAUG also indicated that he had access to a large quantity of pills.

11.     HUAG was subsequently identified via his Department of Licensing photo. The DOL photo was obtained after a database check of the Washington State license plate number associated with the vehicle HAUG was driving. HAUG was one of the two vehicle's registered owners.

12.     The pills were placed into evidence. Later, I transported the pills to the Washington State Patrol Crime Laboratory. The pills were tested by the laboratory and found to contain fentanyl. No oxycodone was detected.

**B. March 16, 2021 Controlled Buy**

13.     On March 15 and 16, 2021, I texted HAUG at the number he had provided to set up another purchase of pills from HAUG. During the text conversation, HAUG and I agreed to again meet at the Bartell Drugs parking lot, and that I would purchase 30 pills for $300.

14.     On March 16, 2021, with the assistance of Tukwila Police Department detectives, I met with HAUG in the parking lot of Bartell Drugs located at 14277 Tukwila International Blvd, in Tukwila. HAUG arrived at the location in the same Ford Focus.

15.     Just prior to my meeting with HAUG, Detective David Cruz observed HAUG park, exit his vehicle and walk to its trunk. HAUG opened the trunk and after approximately 15 seconds closed it again before returning to the driver seat of the vehicle.

16.     I met with HAUG inside his vehicle and he provided me with 30 suspected fentanyl pills in exchange for $300 in prerecorded Tukwila buy funds. HAUG stated he would give me a discount if I was still interested in purchasing a larger quantity of pills. The pills were placed into evidence at the Tukwila Police Department.

**C. March 30, 2021 Controlled Buy**

17.     In late March 2021, I received a text from an unknown number, 323-472-3183. The messenger identified himself as "E" and stated this was his new number. HAUG and I communicated via text message and arranged to meet for another drug

COMPLAINT/HAUG - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | transaction. The quantity of pills and location of the transaction were discussed via text message.

18. On March 30, 2021, with the assistance of Tukwila Police Department detectives, I met with HAUG in the parking lot of Target located at 301 Strander Blvd, in Tukwila.

19. Just prior to the buy, HAUG exited his vehicle and entered the trunk compartment. I observed HUAG manipulating items inside the trunk before returning to the vehicle's driver seat.

20. I then met with HAUG inside the same Ford Focus car. HAUG provided me with 50 suspected fentanyl pills in exchange for $500 in Tukwila Police Department prerecorded buy funds.

21. HAUG and I had a brief discussion regarding future potential drug activities. The pills were placed into evidence at the Tukwila Police Department.

22. After the transaction was complete and I had departed, Tukwila Police Department Detective Jamie Sturgill observed HAUG exit his vehicle and place a medium sized black bag into the trunk.

**D. April 23, 2021 Controlled Buy**

23. In early April 2021, I received a text message from an unknown number, 206-790-7213. The messenger identified himself as "E" and stated this was his new number.

24. In late April 2021, HAUG and I communicated via text message and arranged to meet for another drug transaction. On April 23, 2021, with the assistance of Tukwila Police Department detectives, I met with HAUG in the parking lot of Lovers, located at 5301 Southcenter Blvd, in Tukwila.

25. HAUG arrived at the location in the Ford Focus, which was now bearing a new license plate number. I met with HAUG inside his vehicle and he provided me with 50 suspected fentanyl pills in exchange for $500 in prerecorded Tukwila buy funds.

26.     During this time HAUG and I discussed a potential future purchase of a large quantity of pills from HAUG. The pills were placed into evidence at the Tukwila Police Department.

**E. May 5, 2021 Search of the Defendant's Vehicle**

27.     After the fourth purchase, HAUG and I remained in sporadic communication via the telephone number (206)790-7213.

28.     On May 5, 2021, HAUG and I arranged to meet one another. HAUG and I agreed I would purchase 1,000 pills for $8,000. HAUG arrived at the meet driving his car and met with female who entered the front passenger seat. Officers contacted HAUG inside his vehicle. As HAUG exited the vehicle, a black bag fell from the open driver's door onto the ground by his feet. Once HAUG was secured, investigators searched the black bag and located cellular phones, various paraphernalia, and the following suspected narcotics: suspected cocaine, suspected MDMA pills, and XANAX type pills.

29.     Officers searched the car pursuant to a search warrant. Upon searching the front passenger seat floorboard of the vehicle, investigators located an orange "Crown Royal" bag. Inside the "Crown Royal" bag were three clear plastic zip lock bags containing multiple pills. The pills were consistent with others purchased from HAUG during this investigation. The largest bag was labeled "1000" in pen and appeared to contain approximately 1,000 pills.

30.     The female passenger of HAUG's vehicle stated that she had met with HAUG inside his vehicle and had provided him with $100 to purchase 10 pills. She stated that as police had arrived, HAUG had instructed her to tell the police that the pills were hers.

31.     The pills purchased during the second, third, and fourth undercover buys as well as the pills recovered in the search of the vehicle were not field-tested because of the highly dangerous nature of fentanyl. However, the pills were nearly identical in appearance to the pills purchased during the first undercover buy – they were small, blue, circular, and stamped with "M" "30." While these pills are consistent in appearance with

COMPLAINT/HAUG - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

legitimate pharmaceutical oxycodone pills (according to pill identifier drugs.com), I believe they contain fentanyl because (1) the pills from the first buy contained fentanyl, and (2) there's been an influx of pills into the Puget Sound region that are designed to look like legitimate oxycodone but actually contain fentanyl.

**F. Defendant's Statements**

32. HAUG was advised of his *Miranda* rights by TFO Mike Afalava and stated he understood them. Post *Miranda*, HAUG stated there were 1,300 pills, a small amount of cocaine and a small amount of ecstasy located inside his vehicle. HAUG stated the narcotics were located inside a Crown Royal bag located in the vehicle's front passenger seat floorboard. HAUG stated the Crown Royal bag and narcotics belonged to him.

**CONCLUSION**

33. Based on the foregoing, I respectfully submit that there is probable cause to believe that HAUG committed the crime of Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

*[signature]*

Henry Linehan, Complainant
Drug Enforcement Agency Task Force Officer

Based on the Complaint and Affidavit sworn before me pursuant to Crim. Rule 4.1, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 6th day of May, 2021.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge