UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ21-265 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| AARON KWON HAUG, ) | |
| ) | |
| Defendant. ) | |

Offense charged:

   1. Possession of a Controlled Substance with Intent to Distribute

Date of Detention Hearing: May 18, 2021.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's lengthy criminal record includes previous drug and gun related charges, with significant sentences imposed. Defendant's criminal history also reflects a failure to appear, as well as a conviction for second degree murder. Defendant has continued to commit new crimes while under supervision, including drug and gun crimes, as well as the alleged current offenses. Defendant has significant mental health issues, as well as ongoing substance abuse issues, which, taken together, present a danger to the community. It must also be noted the Defendant's father, which would be a source of support should Defendant be released, is unaware of the full extent of Defendant's mental health diagnoses and further unaware of his substance abuse history.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 18th Day of May, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3